United States District Court for

COMMONWEALTH OF MASSACHUSETTS
COURT

Worcester County

C.A. _____

In re I-Ex-Rel-R.D. Glawson  Vs.  DA. Robert Keaton & Lois Russo.

Case Name and Number

### AFFIDAVIT OF INDIGENCY AND REQUEST FOR WAIVER, SUBSTITUTION OR STATE PAYMENT OF FEES AND COSTS

Pursuant to General laws c.261, §§ 27A-G, the applicant _Richard Glawson_ swears (or affirms) as follows:
(Name)

*Answer the following three questions:*

1. **Applicant is indigent in that he/she is a person:**
   **(Check only ONE of the following)**

   ____(a) who receives public assistance under the Massachusetts Aid to Families with Dependent Children, General Relief or Veteran's Benefits Programs, or receives assistance under Title XVI of the Social Security Act, or the Medicaid Program, 42 USC 1396, et seq., or,

   ____(b) whose income, after taxes, is 125% or less of the current poverty threshold annually established by the Community Services Administration pursuant to § 625 of the Economic Opportunity Act, as amended, 1), or,

   ✓ (c) who is unable to pay the fees and costs of the proceeding in which he is involved, or is unable to do so without depriving himself or his dependents of the necessities if life, including food, shelter, and clothing.

   *Note: If the applicant checks (c), he/she should fill in the information called for in the "Supplement to the Affidavit of Indigency".*

2: **Applicant requests that the following <u>normal fees and costs</u> (e.g., filing fee, service of process costs, etc.) either be waived, substituted, or paid for by the state:**

   _All Fee For All Purposses of the civil suit_

ALL INFORMATION CONTAINED HEREIN IS CONFIDENTIAL. IT SHALL NOT BE DISCLOSED TO ANY PARTY OTHER THAN AUTHORIZED COURT PERSONNEL OR OTHER PARTIES TO THIS LITIGATION.

(This form prescribed by the Chief Justice of the Supreme Judicial Court pursuant to G.L.c. 261 § 27B, as amended by St.1980, c.539, § 6. Promulgate March 2, 1981.)

Court: __United States District Court__
Division: __Civil / Federal__
Department: _____

Name: __Richard Clawson__ DOB: __10/14/66__ POB: _____
Address: __SBCC / Box 8000 Shirley ma. 01464__
Telephone #: __∅__ S.S.#: __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__
Father's Name: __Douglas__ Mother's Name (Maiden): __McPherson__
Marital Status:  Single  Married  Widowed  Separated  Divorced  __Deceased__
Number of Dependents: __∅__
Height: ____ Weight: ____ Hair: ____ Eyes: ____ Sex: ____ Race: ____
Employed by: __∅__

**Part I:**

_____ (a) Party is indigent because receives public assistance in the form of:

_____ AFDC    _____ GR    _____ Poverty Related VA Benefits

_____ Food Stamps  _____ Medicaid  _____ SSI

_____ Refugee Settlement Benefits

VERIFIED _____

_____ (b) Party is indigent because committed to public mental health facility.

VERIFIED _____

__✓__ (c) Party is indigent based on the computation shown below.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040802 10:03

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W82380 | | SOUZA-BARANOWSKI CORRECTIONAL | | Page : 1 |
| Name : | GLAWSON, RICHARD, D, | | Statement From | 20040602 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20040802 | |
| Block : | L2 | | | | |
| Cell/Bed : | 49 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $811.85 | $798.01 | $9.00 | $4.50 |
| 20040602 09:59 | ML - Mail | 2882735 | | SBCC | -RALPH GLAWSON | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:36 | IS - Interest | 2936779 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040610 07:36 | IS - Interest | 2936780 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040618 22:30 | CN - Canteen | 2977057 | | SBCC | -Canteen Date : 20040618 | $0.00 | ████ | $0.00 | $0.00 |
| 20040625 22:30 | CN - Canteen | 3006292 | | SBCC | -Canteen Date : 20040625 | $0.00 | ████ | $0.00 | $0.00 |
| 20040701 10:32 | CT - Transfer from Club to Inmate A/c | 3028588 | | SBCC | -canteen refund 6/25/04--W82380 GLAWSON,RICHARD D PERSONAL-KCN WASH ACCOUNT - Z5 | $8.68 | $0.00 | $0.00 | $0.00 |
| 20040702 22:30 | CN - Canteen | 3036009 | | SBCC | -Canteen Date : 20040702 | $0.00 | $9.21 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3084560 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3084561 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $15.72 | $28.75 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.81 | $4.50 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.81 | $4.50 | $0.00 | $0.00 | $0.00 | $0.00 |

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *None*

I declare under penalty of perjury that the above information is true and correct.

_8/30/04_   _____
Date        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.