# UNITED STATES DISTRICT COURT

Suffolk, Boston District of Massachusetts

R. D. Glawson, Plaintiff

v.

Robert Keaton for Norfolk County
Lois Russo, Superintendant, SBCC
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

RECEIVED DEC 30 2004

CASE NUMBER: _____

I, Richard Glawson, declare that I am the (check appropriate box)

☒ petitioner / plaintiff / movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Souza Baranowski Correctional Center

   Are you employed at the institution?  No    Do you receive any payment from the    No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment; the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   23 N. Manchester St Brockton Ma. 02156

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.



ALL INFORMATION CONTAINED HEREIN IS CONFIDENTIAL. IT SHALL NOT BE DISCLOSED TO ANY PARTY OTHER THAN AUTHORIZED COURT PERSONNEL OR OTHER PARTIES TO THIS LITIGATION.

(This form prescribed by the Chief Justice of the Supreme Judicial Court pursuant to G.L.c. 261 § 27B, as amended by St.1980, c.539, § 6. Promulgate March 2, 1981.)

Court: _United States District Court_
Division: _Civil / Federal_
Department: _____

Name: _Richard Glawson_    DOB: _10/14/66_   POB: _____
Address: _SBCC / Box 8000 Shirley ma. 01464_
Telephone #: _Ø_    S.S.# _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_
Father's Name: _Douglas_    Mother's Name (Maiden): _M^cPherson_
Marital Status:   Single   Married   Widowed   Separated   Divorced   _Deceased_
Number of Dependents: _Ø_
Height: ____  Weight: ____  Hair: ____  Eyes: ____  Sex: ____  Race: ____
Employed by: _Ø_

**Part I:**

\_\_\_\_\_(a) Party is indigent because receives public assistance in the form of:

\_\_\_\_\_ AFDC    \_\_\_\_\_ GR    \_\_\_\_\_ Poverty Related VA Benefits

\_\_\_\_\_ Food Stamps   \_\_\_\_\_ Medicaid    \_\_\_\_\_ SSI

\_\_\_\_\_ Refugee Settlement Benefits

VERIFIED _____

\_\_\_\_\_(b) Party is indigent because committed to public mental health facility.

VERIFIED _____

_✓_ (c) Party is indigent based on the computation shown below.

United States District Court
for District of Massachusetts

Suffolk County,                               C.A

R.D. Glawson (Plaintiff).

Vs.

Massachusetts Agents of Government (et al.).

---

Plaintiffs Motion & Affidavit to proceed without Pre payment

Now comes the Plaintiff and moves this honorable court pursuant to 28 USC § 1915 M.G.L.A. 261 § 27B To Allow this Indigent plaintiff to proceed to A Court Hearing for Injunction against a state prosecution by way of of writ of Habeas Corpus ad subjuciendum, with Affidavit and statement of Inmate account in support of said request.

I Richard Glawson state I am Indigent under both state & federal statutory standards for Indigency and cannot afford to foot the cost of service and move this court to Subpoena Duces Tecum All Defendants At A scheduled Hearing without delay and, in no event later then 20 days before a Magistrate judge For An Evidentiary Hearing to Declare whether or Not an Injunction should Issue or remand to a Three Judge court for A federal Question 28 U.S.C.A. 1331-1334, F.R. Civ. P. 65.

I Richard Glawson state under the penalties of perjury The Fact of Indigency to be true

date 12\13\04

By Richard Glawson

S.B.C.C. Box 8000, Shirley, MA, 01464

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040915 12:31

Page : 1

| Commit# : | W82380 | SOUZA-BARANOWSKI CORRECTIONAL |
| --- | --- | --- |
| Name : | GLAWSON, RICHARD, D, | Statement From  20020101 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To  20040915 |
| Block : | L3 | |
| Cell/Bed : | 31/A | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Period : | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030910 13:42 | CP - Copy Prior Records | 1660377 | | CON | ~Balances transfered From : A23486 | $0.05 | $0.00 | $0.00 | $0.00 |
| 20030910 13:42 | CP - Copy Prior Records | 1660379 | | CON | ~Balances transfered From : A23486 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031006 11:49 | ML - Mail | 1767193 | 15298 | CON | ~NASHUA JAIL | $63.94 | $0.00 | $0.00 | $0.00 |
| 20031008 10:07 | IC - Transfer from Inmate to Club A/c | 1777241 | | CON | ~LOCK#03772~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20031008 17:03 | IS - Interest | 1794156 | | CON | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031013 22:30 | CN - Canteen | 1812775 | | CON | ~Canteen Date : 20031013 | $0.00 | $27.08 | $0.00 | $0.00 |
| 20031020 22:30 | CN - Canteen | 1841652 | | CON | ~Canteen Date : 20031020 | $0.00 | $30.92 | $0.00 | $0.00 |
| 20031028 09:17 | ML - Mail | 1873786 | | CON | ~HARRIS-DALEY, PAMELA, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20031028 09:18 | IC - Transfer from Inmate to Club A/c | 1873799 | | CON | ~E01 - MOVEMENT PASS~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20031103 22:30 | CN - Canteen | 1898831 | | CON | ~Canteen Date : 20031103 | $0.00 | $42.90 | $0.00 | $0.00 |
| 20031107 16:31 | IS - Interest | 1939021 | | CON | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20031110 22:30 | CN - Canteen | 1943371 | | CON | ~Canteen Date : 20031110 | $0.00 | $41.50 | $0.00 | $0.00 |
| 20031112 08:46 | ML - Mail | 1948148 | | CON | ~SMITH, RICHARD, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031117 22:30 | CN - Canteen | 1972832 | | CON | ~Canteen Date : 20031117 | $0.00 | $24.57 | $0.00 | $0.00 |
| 20031125 22:31 | CN - Canteen | 2009656 | | CON | ~Canteen Date : 20031122 | $0.00 | $33.74 | $0.00 | $0.00 |
| 20031201 22:30 | CN - Canteen | 2028423 | | CON | ~Canteen Date : 20031201 | $0.00 | $3.81 | $0.00 | $0.00 |
| 20031208 22:30 | CN - Canteen | 2057240 | | CON | ~Canteen Date : 20031208 | $0.00 | $0.67 | $0.00 | $0.00 |
| 20031209 13:46 | IS - Interest | 2075031 | | CON | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20031212 13:58 | CI - Transfer from Club to Inmate A/c | 2097526 | | CON | ~canteen refund 12-8-03~W82380 GLAWSON,RICHARD D PERSONAL~KCN WASH ACCOUNT - Z5 | $0.67 | $0.00 | $0.00 | $0.00 |
| 20031215 22:30 | CN - Canteen | 2103044 | | CON | ~Canteen Date : 20031215 | $0.00 | $22.64 | $0.00 | $0.00 |
| 20031220 22:30 | CN - Canteen | 2132550 | | CON | ~Canteen Date : 20031220 | $0.00 | $4.17 | $0.00 | $0.00 |
| 20031223 07:41 | ML - Mail | 2139857 | | CON | ~MAIL | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031224 08:07 | VI - Visitation | 2146647 | | CON | ~COHEN, FRANCES, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031231 14:23 | CI - Transfer from Club to Inmate A/c | 2175195 | | CON | ~canteen refund 12/20~W82380 GLAWSON,RICHARD D PERSONAL~KCN WASH ACCOUNT - Z5 | $4.17 | $0.00 | $0.00 | $0.00 |
| 20040102 08:52 | ML - Mail | 2185910 | | CON | ~NO NAME | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040105 08:04 | ML - Mail | 2191646 | | CON | ~L. GILLESPIE | $150.00 | $0.00 | $0.00 | $0.00 |
| 20040105 22:30 | CN - Canteen | 2194649 | | CON | ~Canteen Date : 20040105 | $0.00 | $25.76 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040915 12:31

Page : 2

| Commit# : | W82380 | SOUZA-BARANOWSKI CORRECTIONAL | | |
|---|---|---|---|---|
| Name : | GLAWSON, RICHARD, D, | Statement From | 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To | 20040915 | |
| Block : | L3 | | | |
| Cell/Bed : | 31 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20040112 22:30 | CN - Canteen | 2225655 | | CON | ~Canteen Date : 20040112 | $0.00 | $24.14 | $0.00 | $0.00 |
| 20040113 12:11 | IS - Interest | 2242208 | | CON | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040119 22:30 | CN - Canteen | 2268190 | | CON | ~Canteen Date : 20040119 | $0.00 | $63.77 | $0.00 | $0.00 |
| 20040202 22:30 | CN - Canteen | 2325586 | | CON | ~Canteen Date : 20040202 | $0.00 | $37.42 | $0.00 | $0.00 |
| 20040210 11:46 | IS - Interest | 2371593 | | CON | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20040213 16:11 | TI - Transfer from Institution | 2393574 | | CON | | $0.00 | $103.38 | $0.00 | $0.00 |
| 20040213 16:11 | TI - Transfer from Institution | 2393575 | | SBCC | | $103.38 | $0.00 | $0.00 | $0.00 |
| 20040221 14:34 | CN - Canteen | 2422913 | | SBCC | ~Canteen Date : 20040220 | $0.00 | $26.60 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2444431 | | CON | ~20040208 To 20040214 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | TI - Transfer from Institution | 2444433 | | SBCC | ~Associate Receipt Number is 2444431 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | TI - Transfer from Institution | 2444432 | | CON | ~Associate Receipt Number is 2444431 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20040225 23:01 | TI - Transfer from Institution | 2444435 | | SBCC | ~Associate Receipt Number is 2444431 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2444436 | | CON | ~20040208 To 20040214 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040225 23:01 | TI - Transfer from Institution | 2444434 | | CON | ~Associate Receipt Number is 2444431 | $0.00 | $0.00 | $0.00 | $4.50 |
| 20040227 22:30 | CN - Canteen | 2451303 | | SBCC | ~Canteen Date : 20040227 | $0.00 | $24.26 | $0.00 | $0.00 |
| 20040305 22:30 | CN - Canteen | 2480941 | | SBCC | ~Canteen Date : 20040305 | $0.00 | $35.36 | $0.00 | $0.00 |
| 20040309 10:18 | ML - Mail | 2487664 | | SBCC | ~L. GILLESPIE | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:54 | IS - Interest | 2502770 | | SBCC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20040309 14:54 | IS - Interest | 2502771 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040315 10:01 | CN - Canteen | 2527477 | | SBCC | ~Canteen Date : 20040312 | $0.00 | $16.62 | $0.00 | $0.00 |
| 20040319 22:30 | CN - Canteen | 2555911 | | SBCC | ~Canteen Date : 20040319 | $0.00 | $29.12 | $0.00 | $0.00 |
| 20040405 09:34 | CN - Canteen | 2613611 | | SBCC | ~Canteen Date : 20040402 | $0.00 | $30.78 | $0.00 | $0.00 |
| 20040409 22:30 | CN - Canteen | 2642612 | | SBCC | ~Canteen Date : 20040409 | $0.00 | $28.86 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2663146 | | SBCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2663147 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040415 09:43 | ML - Mail | 2681038 | | SBCC | ~RALPH GLAWSON | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040423 22:30 | CN - Canteen | 2714686 | | SBCC | ~Canteen Date : 20040423 | $0.00 | $19.43 | $0.00 | $0.00 |
| 20040506 13:29 | ML - Mail | 2766473 | | SBCC | ~L GILLESPIE | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040507 22:30 | CN - Canteen | 2772139 | | SBCC | ~Canteen Date : 20040507 | $0.00 | $40.38 | $0.00 | $0.00 |
| 20040513 07:33 | IS - Interest | 2807261 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040513 07:33 | IS - Interest | 2807262 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040915 12:31

Page : 3

| Commit# : | W82380 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | |
| Name : | GLAWSON, RICHARD, D, | | | Statement From | 20020101 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20040915 | | | |
| Block : | L3 | | | | | | | |
| Cell/Bed : | 31 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040514 22:30 | CN - Canteen | 2816715 | | SBCC | ~Canteen Date : 20040514 | $0.00 | $39.97 | $0.00 | $0.00 |
| 20040521 22:30 | CN - Canteen | 2845565 | | SBCC | ~Canteen Date : 20040521 | $0.00 | $7.91 | $0.00 | $0.00 |
| 20040602 09:59 | ML - Mail | 2882735 | | SBCC | ~RALPH GLAWSON | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:36 | IS - Interest | 2936779 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040610 07:36 | IS - Interest | 2936780 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040618 22:30 | CN - Canteen | 2977057 | | SBCC | ~Canteen Date : 20040618 | $0.00 | $10.86 | $0.00 | $0.00 |
| 20040625 22:30 | CN - Canteen | 3006292 | | SBCC | ~Canteen Date : 20040625 | $0.00 | $8.68 | $0.00 | $0.00 |
| 20040701 10:32 | CI - Transfer from Club to Inmate A/c | 3028588 | | SBCC | ~canteen refund 6/25/04~W82380 GLAWSON,RICHARD D PERSONAL~KCN WASH ACCOUNT - Z5 | $8.68 | $0.00 | $0.00 | $0.00 |
| 20040702 22:30 | CN - Canteen | 3036009 | | SBCC | ~Canteen Date : 20040702 | $0.00 | $9.21 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3084560 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3084561 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040806 22:30 | CN - Canteen | 3194248 | | SBCC | ~Canteen Date : 20040806 | $0.00 | $0.58 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3218430 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3218431 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3344485 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3344486 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $827.57 | $827.34 | $9.00 | $4.50 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.23 | $4.50 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.23 | $4.50 | $0.00 | $0.00 | $0.00 | $0.00 |