UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD D. GLAWSON,<br>       Petitioner,<br><br>      v.<br><br>ROBERT KEATON, Norfolk County<br>District Attorney, et al.,<br>       Respondents. | C.A. No. 04-12025-MLW |

SERVICE ORDER

Now before the Court are petitioner's petition and amended petition pursuant to 28 U.S.C. § 2241. The Clerk of this Court is hereby ORDERED to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to the Respondents AND the Attorney General for the Commonwealth of Massachusetts, Attention: Cathryn A. Neaves, Assistant Attorney General, One Ashburton Place, Boston, MA 02108.

It is further ORDERED that the Respondents shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition and Amended Petition for Writ of Habeas Corpus.

This Court further requests the Respondents, as part of the return, to file such documents which reflect on the issue as to whether Petitioner exhausted available state remedies with respect to the matters raised by the Petition.

Dated at Boston, Massachusetts, this 7th day of January, 2005.

                                          /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE