UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>RICHARD D. GLAWSON,</u>
              Petitioner,

              v.                            Civil Action No. 04-12025-MLW

<u>ROBERT KEATON, Norfolk County
District Attorney, et al.,</u>
              Respondents.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is petitioner's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒     GRANTED.

☐     DENIED for the following reason(s): _____

SO ORDERED.

  <u>January 7, 2005</u>                                <u>/s/ Mark L. Wolf</u>
DATE                                          UNITED STATES DISTRICT JUDGE