UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD D. GLAWSON,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT KEATON, et al.<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-12025-MLW<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance as counsel of record for respondents in the above titled matter.

                                                           Respectfully submitted,
                                                           THOMAS F. REILLY
                                                          ATTORNEY GENERAL

                                                           /s/ David M. Lieber
                                                           David M. Lieber (BBO# 653841)
                                                           Assistant Attorney General
                                                          Criminal Bureau
                                                          One Ashburton Place
                                                          Boston, Massachusetts 02108
Dated: January 19, 2005                         (617) 727-2200 ext. 2827