☙AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FILED IN CLERKS OFFICE

District of Massachusetts Boston 2005 JAN 25 P 3:01

U.S. DISTRICT COURT
DISTRICT OF MASS

Richard Glawson
Plaintiff

V.

Keaton. (et, al)
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:04-CV-1205

I, Richard Glawson, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  Souza-Barraunoski Correction Center.
   Are you employed at the institution? N/A  Do you receive any payment from the institution? NO
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment       ☐ Yes    ☑ No
   b. Rent payments, interest or dividends                ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments      ☐ Yes    ☑ No
   d. Disability or workers compensation payments         ☐ Yes    ☑ No
   e. Gifts or inheritances                               ☐ Yes    ☑ No
   f. Any other sources                                   ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.