To: Barbara Morse, Clerk for Judge Wolfe
John Joseph Moakley Bldg
1 courthouse way
Boston, Ma, 02210

FILED
IN CLERKS OFFICE
2005 FEB -2 P 3:21
U.S. DISTRICT COURT
DISTRICT OF MASS

04-12025
04-12199-
(MLW)

Re: R.D. Glawson V. R. Keaton et.al

(Notice of change of Address)

SCANNED
DATE: 2-3-05
BY: K. Boyer

Ms. Morse,
 Please make the change of address on the Docket Record as follows,

old: S.B.C.C. Box 8000, Shirley, Ma, 01464
New: P.O. Box 100, S. Walpole, Ma, 02071

Thank ya
Richard Glawson
date 1/29/05