Barbara M[...]

FILED
CLERKS OFFICE
2005 FEB 23 P 12: 51
U.S. DISTRICT COURT
DISTRICT OF MASS

—MLW

SCANNED
DATE: 2/24/05
BY: D.R.

Find enclosed for the
petitioner Moh[...] Default Judgment
[...] Judge W[...] C[...]
date 2/3/05