United States district court / Massachusetts
Suffolk, ss.
R. D. Clawson, (Petitioner),
Vs.
Robert Keaton (et al), Respondants)

FILED
IN CLERKS OFFICE
2005 FEB 23 P 12: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

---

## Notice to Respondants ("Change of address notice")

Pursuant to fair Notice requirements, Petitioner hereby gives notice of His change of Address to the respondents attorney David M. Lieber Criminal Bureau One Ashburton place, Boston, Mass. 02108, as follows:

changed From   S.B.C.C. Box 8000
               Shirley, Ma. 01464

To:            MCI Walpole \ Cedar Junction / Box 100
               S. Walpole, Ma. 02071

date 1\27\05                    Respectfully, Richard Clawson
                                MCI