United States District Court / Massachusetts
District, Suffolk

Richard D. Glawson,　　　　　　　C.A. 04-12025-MLW
(Petitioner)

Vs.

Robert Keaton (et al)
(Respondents)

---

Motion: to Amend the Names of Caption from one which reads part of Lois Russo for Kathleen Dennehey & MCI-Cedar Junction / Walpole Superintendant David Nolan

---

Pursuant to Fed. R. Civ. P. 15(a) Petitioner moves the court to Amend the Caption From one which Reads:

Richard D. Glawson Petitioner Vs. Robert Keaton (et al)
　　　　　　　　　　　　　　　　Lois Russo,
　　　　　　　　　　　　　　　　Robert W. Keaton
　　　　　　　　　　　　　　　　Corey Hashner,
　　　　　　　　　　　　　　　　Daniel Connoly/

To; one which strikes the name Lois Russo for, (Commissioner) Kathleen Dennehey & Superintendant David Nolan. (ect. parties) & Thomas Rielly; As Grounds for: The petitioner was moved from Souza Baranowski - Correctional Center, Too; MCI Cedar Junction Walpole, where there are different Superintendants &

2. The respondants have not filed there Ordered Answer within 20 days, which authorizes the filing of an amendment pursuant to F.R.Civ.P. 15(a).

Wherefore Petitioners Motion to Amend should be Allowed

date 2\5\05

By Richard Glawson, Richard Glawson
MCI-Cedar Junction, Box 100
S. Walpole, Ma. 02071