FILED
IN CLERKS OFFICE
2005 FEB 23 P 12: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

[illegible]
For state of [illegible]

[illegible] Plaintiff [illegible]

V.

[illegible] (Respondent)

[illegible] Judgment [illegible] & Affidavit &
[illegible] For Declaratory Judgment [illegible]

[illegible]

Corpus relief, [illegible]

[illegible]

(See Affidavit)

By

Walpole - MCI - Cedar Junction, Box 100
S. Walpole, Ma. 02071