United States District court for The
Commonwealth of Massachusetts

Suffolk District                    C.A. 04-12025 MLW

Richard Glawson, (Petitioner)

Vs.

Robert Keaton, (Respondant)

---

**Petitioners Affidavit in support of motion for Default Judgement**

1. Petitioner states under oath the following;

2. On 1-7-04 The United States District court Issued an Order To: David M. Lieber, A.O.A. 1 ashburton pl. crim. Bureau Boston, Mass. 02108. To file an answer to petitioners 28 U.S.C.A. 2241 petition for A writ of Habeas corpus within 20 Day's of the order.

3. On 2\6\05 petitioner files for Default Judgement for lack of a required answer.

4. Petitioner states the above to be true under penalties of perjury

date  2\6\05

By Richard Glawson

_____
MCI-Cedar Junction \ Box 100
S. Walpole, Ma. 02071

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Morse, Barbara entered on 1/10/2005 at 3:08 PM EST and filed on 1/10/2005
Case Name: Glawson v. Keaton et al
Case Number: 1:04-cv-12025
Filer:
Document Number:

Docket Text:
Notice of correction to docket made by Court staff. Correction: cause of action corrected to 28 U.S.C. 2241 because: inadvertently entered as Section 2255 motion to vacate sentence. (Morse, Barbara)

The following document(s) are associated with this transaction:


1:04-cv-12025 Notice will be electronically mailed to:

1:04-cv-12025 Notice will not be electronically mailed to:

Richard Glawson
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 02021

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD D. GLAWSON, )
       Petitioner, )
)
v. ) C.A. No. 04-12025-MLW
)
ROBERT KEATON, Norfolk County )
District Attorney, et al., )
       Respondents. )

### SERVICE ORDER

Now before the Court are petitioner's petition and amended petition pursuant to 28 U.S.C. § 2241. The Clerk of this Court is hereby ORDERED to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to the Respondents AND the Attorney General for the Commonwealth of Massachusetts, Attention: Cathryn A. Neaves, Assistant Attorney General, One Ashburton Place, Boston, MA 02108.

It is further ORDERED that the Respondents shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition and Amended Petition for Writ of Habeas Corpus.

This Court further requests the Respondents, as part of the return, to file such documents which reflect on the issue as to whether Petitioner exhausted available state remedies with respect to the matters raised by the Petition.

Dated at Boston, Massachusetts, this 7th day of January, 2005.

                                      /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE

FILED IN CLERKS OFFICE
2005 FEB 23 P 12: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD D. GLAWSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ROBERT KEATON, et al. )<br>)<br>Respondents. )<br>) | Civil Action No. 04-12025-MLW |

### ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance as counsel of record for respondents in the above titled matter.

                                           Respectfully submitted,
                                           THOMAS F. REILLY
                                           ATTORNEY GENERAL

                                           /s/ David M. Lieber
                                           David M. Lieber (BBO# 653841)
                                           Assistant Attorney General
                                           Criminal Bureau
                                           One Ashburton Place
                                           Boston, Massachusetts 02108
Dated: January 19, 2005                (617) 727-2200 ext. 2827

## Notices

1:04-cv-12025-MLW Glawson v. Keaton et al

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lieber, David M. entered on 1/19/2005 at 4:03 PM EST and filed on 1/19/2005
**Case Name:** Glawson v. Keaton et al
**Case Number:** 1:04-cv-12025
**Filer:** Robert W. Nelson
Lois Russo
Robert Keaton
Corey Flashner
Daniel Connoly
Massachusetts Attorney Generals Officers
**Document Number:** 10

**Docket Text:**
NOTICE of Appearance by David M. Lieber on behalf of Daniel Connoly, Corey Flashner, Massachusetts Attorney Generals Officers, Robert W. Nelson, Robert Keaton, Lois Russo (Lieber, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/19/2005] [FileNumber=822091-0]
[6bdad2d01a248e21070f9b30403e20f85c5c52d94cb38e910bddb9c43f4dba66acbf
c58c166d0640e330fe82642905e4ce2d25730ef4bd67337b6bcd2d7a7675]]

**1:04-cv-12025 Notice will be electronically mailed to:**

**1:04-cv-12025 Notice will not be electronically mailed to:**

Richard Glawson
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 02021