United States District Court
for the state of Massachusetts

C.A. 1:04 CV 12025 MLW

Richard Colawson (Petitioner)

Vs.

1. Robert Keaton (et al)
2. Robert W. Nelson
3. Comm of Correction Dennehey
4. Norfolk Superior court Town of Dedham

---

## Application for An Evidentuary Hearing in Action above

1.   Petitioner moves the court to conduct an evidentuary Hearing so he can call four witnesses for the commonwealth & produce evidence in his favor in support of The Writ of Habeas corpus Hearing pursuant to the Rules - section 8, of The Rules of Habeas corpus in the federal Rules of the court, & Appointment of Counsel 28 U.S.C.A. 3006 (A)(g).

2.   The petitioner will offer there testimony as proof to support the claims made in the writ of Habeas corpus.

4 Police witnesses:
1. Charles Mouris
2. Michael Buckley
3. William Slyne
4. Tim Stanton

Wherefore this court should Allow him the opportunity to present exterior Testimony outside the record thats not available otherwise to bring Light on the claims

date 3/13/05

By Richard Colawson

MCI-Cedar Junction Box 100
S. Walpole, Ma. 02071