01-10249-001

INDICTMENT

Assault by Means of a Dangerous Weapon
C. 265, §15B (b)
Habitual Criminal

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**RICHARD GLAWSON,**

on February, did commit an assault upon one Thomas McCarrick, by means of a certain dangerous weapon, to wit: a handgun.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on March 26, 1987, was convicted in the Suffolk Superior Court of the crime of Armed Robbery, Docket # 061089 said crime having been committed on the second day of September in the year of Our Lord One Thousand Nine Hundred and Eighty-Six and was sentenced and committed thereon to the Massachusetts Correction Institute Cedar-Junction for a term of four to seven years.

and on September 14, 1994 was convicted in the Essex Superior Court of the crime of Breaking and Entering Daytime, Docket # 025456 said crime having been committed on the twenty-fourth day of November in the year of Our Lord One Thousand Nine Hundred and Ninety three and was sentenced and committed thereon to the Massachusetts Correction Institute Cedar-Junction for a term of Eight to Ten years. ( Five years to serve, balance suspended five years Probation).

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

# RICHARD GLAWSON,

and that said RICHARD GLAWSON, prior to commissions of the felony first set out in this indictment, having been twice convicted of a crime and sentenced and committed to prison in the Commonwealth of Massachusetts thereon, for terms of fnot less than three years for each such crime, upon conviction of the felony set out in this indictment, is to be considered a habitual criminal.

A TRUE BILL

*Assistant District Attorney*

*Foreman of the Grand Jury*

*Superior Court Department - Criminal Business*          *March, Sitting, 2001*

MAR 27 2001

*Returned into said Superior Court by the Grand Jurors and ordered to be filed.*

*Clerk Of Court*

A TRUE COPY
Attest_____
Assistant Clerk-Suffolk
Superior Criminal Court

01-10249-002
**INDICTMENT**

Breaking and Entering Building Day Time with Intent to Commit a Felony
C. 266, §18

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on February 12, 2001, did break and enter the building of one Hi Won Park, situated in Boston, with intent therein to commit a felony, to wit: Larceny over Two Hundred-Fifty Dollars..

A TRUE BILL

_____    _____
Assistant District Attorney          Foreman of the Grand Jury

Superior Court Department - Criminal Business        March, Sitting, 2001

MAR 27 2001

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk Of Court

A TRUE COPY
Attest _____
Assistant Clerk-Suffolk
Superior Criminal Court

01-10349-003
INDICTMENT

Larceny
C. 266, §30

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of march in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on February 12, 2001, did steal one safe and a .38 Caliber handgun, of the value of over two hundred and fifty dollars, of the property of Hi Won Park.

A TRUE BILL

_____          _____
Assistant District Attorney              Foreman of the Grand Jury


Superior Court Department - Criminal Business           March, Sitting, 2001

MAR 27 2001
Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk Of Court

A TRUE COPY
Attest _____
Assistant Clerk-Sup
Superior Criminal Court

01-10249-001

INDICTMENT

Armed Carjacking
C. 265, §21A

Habitual Criminal

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**RICHARD GLAWSON,**

on February 15, 2001, with intent to steal a motor vehicle, did assault, confine, or put in fear Barry Person for the purpose of stealing a motor vehicle while being armed with a certain dangerous weapon, to wit: a handgun.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

RICHARD GLAWSON,

on March 26, 1987, was convicted in the Suffolk Superior Court of the crime of Armed Robbery, Docket # 061089 said crime having been committed on the second day of September in the year of Our Lord One Thousand Nine Hundred and Eighty-Six and was sentenced and committed thereon to the Massachusetts Correction Institute Cedar-Junction for a term of four to seven years.

and on September 14, 1994 was convicted in the Essex Superior Court of the crime of Breaking and Entering Daytime, Docket # 025456 said crime having been committed on the twenty-fourth day of November in the year of Our Lord One Thousand Nine Hundred and Ninety three and was sentenced and committed thereon to the Massachusetts Correction Institute Cedar-Junction for a term of Eight to Ten years. ( Five years to serve, balance suspended five years Probation).

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

RICHARD GLAWSON,

and that said RICHARD GLAWSON, prior to commissions of the felony first set out in this indictment, having been twice convicted of a crime and sentenced and committed to prison in the Commonwealth of Massachusetts thereon, for terms of fnot less than three years for each such crime, upon conviction of the felony set out in this indictment, is to be considered a habitual criminal.

A TRUE BILL

_____
Assistant District Attorney

_____
Foreman of the Grand Jury

Superior Court Department - Criminal Business

MAR 27 2001

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

March, Sitting, 2001

A TRUE COPY
Attest _____
Assistant Clerk-Suff
Superior Criminal Co...

_____
Clerk Of Court

INDICTMENT                                                          Operating Motor Vehicle After Suspension Of License
                                                                                                            C.90, § 23

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS,

begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the

year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on February 15, 2001, upon a certain way, in the City of Boston, did operate a certain motor vehicle, to wit: an

automobile, after his license to operate motor vehicles within the said Commonwealth had been suspended and prior to

the restoration of such license or the issuance to him of a new license to operate motor vehicles.

A TRUE BILL

_____          _____
Assistant District Attorney             Foreman of the Grand Jury

Superior Court Department - Criminal Business        March, Sitting, 2001

MAR 27 2001

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk Of Court

A TRUE COPY
Attest _____
Assistant Clerk-Suffolk
Superior Criminal Court

01-10249-006

Operating Motor Vehicle Negligently So That Lives And Safety Of The Public Might Be Endangered
INDICTMENT
C.90, § 24 (2) (a)

Case 1:04-cv-12023-NG  Document 22-3  Filed 04/12/2005  Page 10 of 16

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS,

begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on February 15, 2001, upon a certain way in the City of Boston, to wit: Basile St., did operate recklessly a certain motor vehicle, to wit: an automobile, so that the lives and safety of the public might be endangered.

A TRUE BILL

_____   _____
Assistant District Attorney              Foreman of the Grand Jury

Superior Court Department - Criminal Business        March, Sitting, 2001

MAR 27 2001

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk Of Court

A TRUE COPY
Attest _____
Assistant Clerk-Suffolk
Superior Criminal Court

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS,

begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on February 15, 2001, did break and enter in the night time the building of one Christopher Ahearn, situated in Boston, with intent therein to commit a felony, and thereby put Christopher Ahearn, who was lawfully therein, in fear.

A TRUE BILL

_____         _____
Assistant District Attorney                          Foreman of the Grand Jury

Superior Court Department - Criminal Business                March, Sitting, 2001

MAR 27 2001

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk Of Court

A TRUE COPY
Attest _____
Assistant Clerk-Suffolk
Superior Criminal Court

**INDICTMENT**  Home Invasion
C. 265, §18C

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on February 15, 2001, did knowingly enter the dwelling place of one Christopher Ahearn, in Boston, and remained in such dwelling place knowing or having reason to know that one or more persons were present within while armed with a dangerous weapon, to wit: a handgun, and used force upon Christopher Ahearn within such dwelling.

A TRUE BILL

_____          _____
Assistant District Attorney         Foreman of the Grand Jury

Superior Court Department - Criminal Business         March, Sitting, 2001

MAR 27 2001

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk Of Court

A TRUE COPY
Attest _____
Assistant Clerk-Suffolk
Superior Criminal Court

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on February 16, 2001, upon a certain way, in the City of Boston, did operate a certain motor vehicle, to wit: an automobile, after his license to operate motor vehicles within the said Commonwealth had been suspended and prior to the restoration of such license or the issuance to him of a new license to operate motor vehicles.

A TRUE BILL

_____          _____
Assistant District Attorney          Foreman of the Grand Jury


Superior Court Department - Criminal Business          March, Sitting, 2001

MAR 2 7 2001

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk Of Court

A TRUE COPY
Attest _____
Assistant Clerk-Suffolk
Superior Criminal Court

Operating Motor Vehicle Negligently So That Lives And Safety Of The Public Might Be Endangered

**INDICTMENT**

C.90, § 24 (2) (a)

# Commonwealth of Massachusetts

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**RICHARD GLAWSON,**

on February 16, 2001, upon a certain way in the City of Boston, to wit: Centre St., did operate recklessly a certain motor vehicle, to wit: an automobile, so that the lives and safety of the public might be endangered.

A TRUE BILL

_____  _____
Assistant District Attorney    Foreman of the Grand Jury

Superior Court Department - Criminal Business        March, Sitting, 2001

MAR 27 2001

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk Of Court

A TRUE COPY
Attest _____
Assistant Clerk-Suffolk
Superior Criminal Court

C1-10249-011

INDICTMENT

Armed Assault to Murder
C. 265, §18 (b)

Habitual Criminal

# Commonwealth of Massachusetts

---

SUFFOLK, SS.

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of March in the year of our Lord two thousand one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**RICHARD GLAWSON,**

on February 16, 2001, being armed with a certain dangerous weapon, to wit: a handgun did assault Michael Buckley with intent to murder him.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## RICHARD GLAWSON,

on March 26, 1987, was convicted in the Suffolk Superior Court of the crime of Armed Robbery, Docket # 061089 said crime having been committed on the second day of September in the year of Our Lord One Thousand Nine Hundred and Eighty-Six and was sentenced and committed thereon to the Massachusetts Correction Institute Cedar-Junction for a term of four to seven years.

and on September 14, 1994 was convicted in the Essex Superior Court of the crime of Breaking and Entering Daytime, Docket # 025456 said crime having been committed on the twenty-fourth day of November in the year of Our Lord One Thousand Nine Hundred and Ninety three and was sentenced and committed thereon to the Massachusetts Correction Institute Cedar-Junction for a term of Eight to Ten years. ( Five years to serve, balance suspended five years Probation).