UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                     )
RICHARD D. GLAWSON,               )
    Petitioner,                              )
        v.                                         )    Civil Action No. 04-12025-MLW
                                                     )
ROBERT KEATON, et al.               )
    Respondents.                         )
_____)

## MOTION TO DISMISS

Respondents move, pursuant to F.R.C.P. 12(b) and (e), and Rule 2 of the Rules Governing Section 2254 Cases in the United States District Court [hereinafter "the Habeas Rules"] that Petitioner's Amended Petition (Paper No. 22) be dismissed.

The Amended Petition should be dismissed because Petitioner has failed to comply with this Court's Order (entered February 28, 2005) to file a petition that complies with Rule 2 of the Habeas Rules. In the alternative, the Amended Petition should be dismissed because it makes clear that Petitioner failed to exhaust the remedies available to him in the courts of Massachusetts, as required by 28 U.S.C. § 2254(b)(1), before commencing this action.

For these reasons and the reasons set forth more fully in the accompanying memorandum of law, the Amended Petition should be dismissed.

                                                      Respectfully submitted,
                                                      THOMAS F. REILLY
                                                      ATTORNEY GENERAL

                                                      /s/ David M. Lieber
                                                      David M. Lieber (BBO# 653841)
                                                      Assistant Attorney General
                                                      Criminal Bureau
                                                      One Ashburton Place
                                                      Boston, Massachusetts 02108
Dated:  April 25, 2005                           (617) 727-2200 ext. 2827