

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

April 26, 2005

Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts
United States Courthouse - Suite 2300
One Courthouse Way
Boston, MA 02210

RE:   Richard Glawson v. Robert Keaton, et al.,
      Civil Action No. 04-12025-MLW

Dear Ms. Thornton:

Please find for filing in the above-entitled action:

Respondent's **Supplemental Appendix**.

It is my understanding that, pursuant to the rules regarding electronic filing, these documents, which are state court record documents submitted pursuant to Rule 5 of the Rules Regarding § 2254 cases, will not be scanned and will not be made available on the ECF system.

Thank you in advance for your assistance in this matter.

Very Truly Yours,

David M. Lieber
Assistant Attorney General
Criminal Bureau

Enclosure
cc: Richard Glawson