UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

RICHARD D. GLAWSON                  )
     Petitioner,                    )
                                    )
          v.                        )  C.A. No. 04-12025-MLW
                                    )
ROBERT KEATON, ET AL                )
     Respondent.                    )

                              ORDER

WOLF, D.J.                                        February 6, 2006

     On February 28, 2005, pro se petitioner Richard Glawson ("Glawson") was ordered to file an amended petition that addressed the issues raised by the respondents' Motion for More Definite Statement(Docket No. 11) filed on February 1, 2005.  Glawson was, therefore, required to file an amended petition that plainly set forth his claim and complied with Rule 2 of the Rules Governing Section 2254 Cases.  The Order stated that if Glawson failed to address these issues, the Amended Petition might be dismissed.

     On April 12, 2005, Glawson filed an Amended Petition (Docket No. 22) along with an "Application for an Evidentiary Hearing" (Docket No. 20) and a "Petition for a Speedy Hearing" (Docket No. 21).  The respondents filed a Motion to Dismiss (Docket No. 23) on April 25, 2005.

     Despite the court's admonition, Glawson failed to comply with the court's February 28, 2005 Order by filing an Amended Petition that does not meet the requirements of Rule 2 of the Rules Governing Section 2254 Cases.  In particular, the Amended Petition

fails to substantially follow the form for a petition under 28 U.S.C. §2254 as required by Rule 2(d) and specifically discussed in respondents' Motion for More Definite Statement. Even when construed liberally because Glawson is proceeding pro se, his amended petition is disorganized and largely unintelligible. Among other things, it does not identify the criminal proceedings he is challenging. It is, therefore, being dismissed without prejudice for failure to state a claim on which relief can be granted as respondents request. See Fed. R. Civ. P. 12(b)(6).

    In view of the foregoing, it is hereby ORDERED that:

    1. The respondents' Motion to DISMISS (Docket No. 23) is ALLOWED and thus

    2. The petitioner's Application for an Evidentiary Hearing (Docket No. 20) is MOOT.

    3. The petitioner's Petition for a Speedy Hearing (Docket No. 21) is MOOT.

    /s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE